JOHN BEST, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Best v. N. Y. C. & H. R. R. R. Co.*, 100 App. Div. 510, affirmed.
(Argued October 19, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

December 27, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles E. Snyder* for appellant.

*F. A. Kuntzsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J. Absent: O'BRIEN, J.